THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Leroy Adams, Appellant.
 
 
 

Appeal From Bamberg County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2006-UP-214
Submitted April 1, 2006  Filed April 18, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Leroy Adams appeals his guilty plea to one count of forgery.  The trial judge sentenced Adams to three years imprisonment suspended upon time served of thirty-three days with eighteen months probation.  As part of the probationary sentence, the judge ordered Adams to pay restitution in the amount of $400 and complete forty hours of community service.
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Adams attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Adamss appeal is without legal merit sufficient to warrant a new trial.  Adams did not file a separate pro se response.
After a thorough review of the record and brief pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.